IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN CARLOS HEREDIA-PEREZ,<br>Defendant. | ORDER<br><br>Case No. 2:21-CR-325-003 TS<br>District Judge Ted Stewart |

IT IS HEREBY ORDERED that the above captioned case be administratively closed and removed from the list of active pending cases. The case may be reopened upon motion by Plaintiff or Defendant.

DATED this 7th day of November, 2023.

BY THE COURT:

Ted Stewart
United States District Judge